**RIMAC MARTIN, P.C.**
Anna M. Martin – CSBN 154279
amartin@rimacmartin.com
1051 Divisadero Street
San Francisco, CA 94115
Telephone: (415) 561-8440
Facsimile: (415) 561-8430

Attorneys for Defendant
CONNECTICUT GENERAL LIFE INSURANCE COMPANY

Brian H. Kim (State Bar No. 215492)
James P. Keenley (State Bar No. 253106)
Emily A. Bolt (State Bar No. 253109)
BOLT KEENLEY KIM LLP
1010 Grayson Street, Suite Three
Berkeley, California 94710
Phone: (510) 225-0696
Fax: (510) 225-1095

Attorneys for Plaintiff
PAUL KUNSBERG

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL KUNSBERG,<br><br>    Plaintiff,<br><br>v.<br><br>CONNECTICUT GENERAL LIFE INSURANCE COMPANY,<br><br>    Defendants. | CASE NO.: 3:15-cv-04860-MEJ<br><br>**STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE;** ~~[PROPOSED]~~ **ORDER** |

1    **IT IS HEREBY STIPULATED** by and between Plaintiff PAUL KUNSBERG and
2    CONNECTICUT GENERAL LIFE INSURANCE COMPANY by and through their counsel of
3    record herein, that the captioned action may be, and hereby is, dismissed with prejudice pursuant
4    to Rule 41(a) of the Federal Rules of Civil Procedure.
5    The parties shall bear their own respective attorney fees and costs of suit.
6    Counsel for the filing party hereby attests that concurrence in filing of this document has
7    been obtained by each of the other signatories to this document.  The conformed signature
8    herein shall serve in lieu of their original signatures on this document. Upon order of the Court,
9    this filing party shall produce records which support the concurrence of all signatories to this
10   document.

                                           **RIMAC MARTIN, P.C.**

DATED:  January 11, 2016          By:      _/s/ Anna M. Martin_____
                                           ANNA M. MARTIN
                                           Attorneys for Defendant
                                           CONNECTICUT GENERAL LIFE
                                           INSURANCE COMPANY


DATED:  January 11, 2016          By:      _/s/ Brian H. Kim____
                                           BRIAN H. KIM
                                           Attorney for Plaintiff
                                           PAUL KUNSBERG

---

2
STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE; [PROPOSED] ORDER
Case No. 3:15-cv-04860-MEJ

**IT IS SO ORDERED.**

Dated: January 11, 2016

_____
Maria-Elena James
United States Magistrate Judge

## CERTIFICATE OF SERVICE

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action. My business address is 1051 Divisadero Street, San Francisco, California 94115.

On January 11, 2016, the following document is being filed electronically and will be available for viewing and downloading from the Court's CM/ECF system:

***STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE; [PROPOSED] ORDER***

The Notice of Electronic Case Filing Automatically generated by the system and sent to all parties entitled to service under the Federal Rules of Civil Procedure and the Local Rules of the United States District Court, Northern District of California, who have consented to electronic service shall constitute service of the filed document to all such parties.

Executed on January 11, 2016 at San Francisco, California.

I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction the service was made and that the foregoing is true and correct.

| Fatima Bonilla | */s/ Fatima Bonilla* |
|---|---|
| (Type or print name) | (Signature) |